This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**HERLINDA T. TORRES**,

Petitioner-Appellee,

v.                                                             **NO. 31,864**

**PEDRO H. VILLA,**

Respondent,

and

**ALICE R. CHAVEZ-VILLA**

Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Jacinto Palomino, District Judge**

Herlinda T. Torres
Las Cruces, NM

Pro Se Appellee

Alice R. Chavez -Villa
Las Cruces, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. A memorandum supporting summary reversal was filed by Appellant on April 19, 2012. No memorandum opposing summary reversal has been filed and the time for doing so has expired.

**REVERSED.**

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**J. MILES HANISEE, Judge**